**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-17-00592-CV

---

**JEFFREY WILLIAMS, Appellant**

**V.**

**JEAN C. CHAN, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-CCV-059972**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 11, 2017. On July 28, 2017, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.